IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MICHAEL E. MONK                                                                                                    PLAINTIFF

VS.                                              CASE NO. 05-CV-1002

JIMMY SMITH, JOE STRICKLAND,
OUACHITA COUNTY, ARKANSAS
PAUL LUCAS, VINCENT MILLS,
L.C. SMITH, and CAPT. BRIAN                                                                             DEFENDANTS

**MEMORANDUM OPINION AND ORDER**

Before the Court is Joe Strickland, Ouachita County, Arkansas, Paul Lucas, Vincent Mills, L.C. Smith, and Capt. Brian's ("County Defendants") Motion for Summary Judgment. (Doc. 49). County Defendants assert in their motion that Ouachita County did not have an unconstitutional policy regarding use of force at the Ouachita County Jail, and that vicarious liability may not be imposed against them for the actions of an employee. Plaintiff Michael E. Monk has responded. (Doc. 53-1). The Court finds the matter ripe for consideration.

In his Response, Monk "admits that the Defendants Joe Strickland, Ouachita County, Arkansas, Paul Lucas, Vincent Mills, L.C. Smith, and Capt. Brian should be granted summary judgment." (Doc. 53-1, pg. 1). The Court accepts Monk's admission, and finds that County Defendants' Motion for Summary Judgment should be and hereby is **GRANTED**. Plaintiff Michael Monk's claims against County Defendants Joe Strickland, Ouachita County, Arkansas, Paul Lucas, Vincent Mills, L.C. Smith, and Capt. Brian are hereby **DISMISSED WITH PREJUDICE**.

Plaintiff's Response to County Defendants' Motion for Summary Judgment further states, however, that Separate Defendant Jimmy Smith, in his individual capacity, should be denied summary judgment. The Court notes that the deadline for filing dispositive motions in this case was

December 1, 2006.  As of that date, Separate Defendant Jimmy Smith had not moved for summary judgment.  Accordingly, Plaintiff's claims against Separate Defendant Jimmy Smith will proceed to trial as scheduled.

  **IT IS SO ORDERED**, this 13th day of December, 2006.

                 /s/Harry F. Barnes
                 Hon. Harry F. Barnes
                 United States District Judge