IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**MICHAEL E. MONK**                                                                     **PLAINTIFF**

VS.                               **CASE NO. 05-CV-1002**

**JIMMY SMITH, et al.**                                                  **DEFENDANTS**

## ORDER

Before the Court is a Motion to Dismiss filed by the Defendant. (Doc. No. 66). This case is currently set for trial on August 13, 2007. Defendant argues that this case should be dismissed because Plaintiff has failed to act in accordance with the Court's order. On May 2, 2007, the Court granted Plaintiff's Motion to Withdraw as Counsel and ordered Plaintiff to obtain new counsel or to proceed pro se within thirty days. (Doc. 65). Defendant asserts that Plaintiff has refused to comply with the Court's order. Plaintiff has not indicated to the Court that he has obtained new counsel. Because Plaintiff has not obtained new counsel, the Court assumes that he is proceeding pro se in this matter. Thus, Plaintiff has not failed to comply with the Court's May 2, 2007 order.

Upon consideration, the Court finds that the Motion to Dismiss should be and hereby is **DENIED**. The Clerk of the Court is directed to mail a copy of this order to the Plaintiff at 9711 Southwest Drive, Little Rock, AR 72209.

IT IS SO ORDERED, this 10th day of July, 2007.

                                                                     /s/ Harry F. Barnes
                                                                       Hon. Harry F. Barnes
                                                                       United States District Judge