## IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF ARKANSAS
### EL DORADO DIVISION

**MICHAEL E. MONK**                                                    **PLAINTIFF**

**VS.**                                    **CASE NO. 05-CV-1002**

**JIMMY SMITH**                                                    **DEFENDANT**

### ORDER

The above-styled cause was scheduled for trial on August 14, 2007.  The case was called

at 9:00 a.m., and Plaintiff was not present despite having been informed by scheduling order and

letters from this Court about his trial date.  Plaintiff has failed to prosecute this action.  Pursuant

to Federal Rule of Civil Procedure 41, the Court **dismisses with prejudice** Plaintiff's claims

against Defendant Jimmy Smith.

IT IS SO ORDERED, this 14th day of August, 2007.


/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge